### Smith v. Smith.

(Decided February 5, 1926.)

### Appeal from Knox Circuit Court.

Appeal and Error—Motion to Advance Sustained, where Appellee Conceded that Judgment Sustaining Demurrer to Appellant's Answer and Counterclaim, and Dismissing Same, was Reversible Error.—Where appellee conceded that judgment sustaining demurrer to appellant's answer and counterclaim, and dismissing same, was reversible error, motion to advance will be sustained, and judgment reversed and cause remanded for trial on merits.

W. A. BRITTAIN and THOS. D. TINSLEY for appellant.

R. N. JARVIS, J. J. TYE and HIRAM H. OWENS for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE CLARKE—
Reversing.

This is an appeal by the defendant from a judgment sustaining a demurrer to his answer and counterclaim and dismissing same.

As counsel for appellee concedes this was error for which the judgment must be reversed and moves that the appeal be disposed of as speedily as possible, the motion to advance is sustained, the judgment reversed and the cause remanded for preparation and trial on the merits.